# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE HUNT,<br><br>        Plaintiff,<br><br>    v.<br><br>C.R. ENGLAND, INC.; PAUL SUTCLIFF; CONNIE MYRES; and DOES 1 to 50, inclusive,<br><br>        Defendants. | Case No. 1:18-CV-00941-AWI-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT CONNIE MYRES ON THE DOCKET**<br><br>(ECF No. 14) |

On January 9, 2019, Plaintiff, Steve Hunt, filed a notice of voluntary dismissal of the claims against Connie Myres, without prejudice. (ECF No. 14). Thus, the claims against said defendant have been dismissed. *See* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Connie Myres on the docket.

IT IS SO ORDERED.

Dated: __**January 11, 2019**__            /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

1