UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE HUNT,<br><br>               Plaintiff,<br><br>   v.<br><br>C.R. ENGLAND, INC. PAUL SUTCLIFFE; CONNIE MYRES; and DOES 1 TO 50 inclusive<br><br>               Defendants. | Case No. 1:18-cv-00941-AWI-EPG<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR |

      On September 18, 2018, this Court issued a Scheduling Conference Order for this Case. The Scheduling Order set a mid-discovery conference for May 1, 2019, at 9:30 a.m. before United States Magistrate Judge Erica P. Grosjean. (ECF No. 8.) The Scheduling Order states that the "[f]ailure to comply with this order shall result in the imposition of sanctions." (*Id*.)

      The Court attempted to hold the conference on the date and time ordered. The undersigned Judge and her court staff were present. Shayna Mallory Esq. telephonically appeared for

1

Defendants. However, Plaintiff did not appear and did not file a request for a continuance or otherwise notify the Court that he would not be able to appear at the conference.

Accordingly, the Court orders that Plaintiff show cause why sanctions should not be issued for his failure to attend a scheduled court conference.

No later than May 6, 2019, Plaintiff is ORDERED to file a written response to this Order to Show Cause explaining his failure to appear at the mid-discovery status conference on May 1, 2019.

IT IS SO ORDERED.

Dated: **May 1, 2019**

/s/ Eric P. Groj

UNITED STATES MAGISTRATE JUDGE