UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STEVE HUNT,<br><br>            Plaintiff,<br><br>    v.<br><br>C.R. ENGLAND, INC.; PAUL SUTCLIFFE; CONNIE MYRES; and DOES 1 to 50, inclusive,<br><br>            Defendants. | Case No. 1:18-CV-00941-AWI-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>Action Filed:    May 3, 2018<br>Removal Date:    July 12, 2018<br>Trial Date:    August 18, 2020 |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Local Rule 143, the Standard Procedures of Magistrate Judge Erica P. Grosjean, and the Scheduling Conference Order issued on September 18, 2018 in the above-referenced matter, Defendants C.R. ENGLAND, INC. and PAUL SUTCLIFFE (collectively, "Defendants") and Plaintiff STEVE HUNT ("Plaintiff"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. The parties have been diligently conducting discovery in this matter. The parties have exchanged initial disclosures, written discovery, and Defendants have obtained Plaintiff's voluminous medical records and completed Plaintiff's deposition. Defendant Paul Sutcliffe's deposition was taken on July 12, 2019 in Las Vegas, Nevada. Defendant C.R. England, Inc.'s Federal Rule of Civil Procedure 30(b)(6) deposition was noticed for July 15, 2019 in Salt Lake City, Utah, but was recently taken off calendar (due to defense counsel's unavailability) but will

be rescheduled. The deposition of the investigating California Highway Patrol officer is scheduled for July 19, 2019 in Fresno, California. Defendants' counsel has informed Plaintiff's counsel that the Defendants' counsel will cover this deposition. The depositions of Stephanie Hunt and Samantha Hunt were unilaterally noticed by Defendant for July 26, 2019 in San Luis Obispo, California. That date presently is not available for Plaintiff's counsel, but the calendar conflict may be resolved in a few days. Further, the parties have been working cooperatively in this matter and have been meeting and conferring about narrowing the issues for trial.

2. Plaintiff underwent surgery on his right knee on July 13, 2018 and is still recovering. On April 15, 2019, Plaintiff testified that his surgeon, Daniel Woods, M.D., discussed a knee replacement surgery in the future. This was not previously known or disclosed in discovery and the Defendants submits that this issue must be investigated.

3. As a result of the testimony mentioned above, the parties are discussing the deposition of Plaintiff's treating surgeon, Dr. Woods.

4. Additionally, Defendants have scheduled a Defense Medical Examination ("DME") of Plaintiff for August 21, 2019 and Defendants agreed that the examiner's report will be produced to Plaintiff no later than thirty (30) days after said examination. Defendants' counsel has presented Plaintiff's attorneys with a proposed stipulation for this DME. Plaintiff will waive the mileage limits and agreed that the DME will be conducted in Clovis, California. However, Plaintiff's attorneys are preparing proposed modifications to said proposed stipulation.

5. The Defendants are also in the process of scheduling the depositions of certain friends, neighbors, and family members identified in Plaintiff's deposition and discovery as having knowledge of his alleged injuries and physical condition.

6. Defendants shall provide the DME report within thirty (30) days of the examination. Additionally, mediation as scheduled cannot occur without said report.

7. The parties have agreed to participate in private mediation with Laurie Quigley Saldaña. The first available date for the parties and the mediator is October 30, 2019. This falls after key discovery cut-off deadlines.

///

**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES**

8. Currently, non-expert discovery closes on September 3, 2019 and initial expert disclosure is on October 1, 2019.

9. The parties agree that it is in the best interests of this matter to extend the current discovery deadlines to allow the parties to complete numerous out-of-state depositions (in particular due to the unavailability of Defendants' lead counsel due to trial in July 2019), and to allow the parties to proceed to mediation.

10. Based on the foregoing reasons, and for good cause shown, counsel for the parties stipulate to continue the discovery and related deadlines by approximately eight (8) to ten (10) weeks.

11. The parties do not seek to continue the Pre-Trial Conference on June 17, 2020 or the Jury Trial on August 18, 2020.

12. This is the parties' first request for an extension of time.

13. This brief extension of pending deadlines will give the parties sufficient time to complete fact discovery, complete expert discovery, and prepare for ADR and/or trial. Further, it is submitted that there would be no prejudice to any of the parties by continuing the deadlines.

14. The parties stipulate and agree to the following proposed schedule or continued dates set by the Court:

|  | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| **Non-Expert Discovery Cut-Off** | September 3, 2019 | November 12, 2019 |
| **Expert Disclosure** | October 1, 2019 | December 10, 2019 |
| **Rebuttal Expert Disclosure** | November 1, 2019 | January 10, 2020 |
| **Expert Discovery Cut-off** | December 2, 2019 | February 10, 2020 |
| **Dispositive Motion Filing Deadline**[1] | January 15, 2020 | March 25, 2020 |
| **Pre-Trial Conference** | June 17, 2020 | June 17, 2020 |
| **Jury Trial (7-10 Day Estimate)** | August 18, 2020 | August 18, 2020 |

*///*

*///*

---

[1] To accommodate the proposed schedule changes in this matter, any dispositive motion filed must be set for a hearing no later than Monday, April 27, 2020.

**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES**

**IT IS SO STIPULATED**:

Dated: July 15, 2019                      DEMLER, ARMSTRONG & ROWLAND, LLP

*/s/ Derek H. Lim*
Derek H. Lim
Shannon E. Mallory
Attorneys for Defendants
C.R. ENGLAND, INC. and PAUL SUTCLIFFE

Dated: July 15, 2019                      STUART R. CHANDLER, APC

*/s/ Stuart R. Chandler*
(as authorized on July 15, 2019)
Stuart R. Chandler
Attorney for Plaintiff
STEVE HUNT

The Court will order dates changed as stipulated.

To accommodate the proposed schedule changes in this matter, any dispostive motion filed must be set for a hearing no later than Monday, April 27, 2020.

Also, as mediation is scheduled for October 30, 2019, the Court will continue the Mid-Discovery Status Conference currently set for July 22, 2019, to November 25, 2019, at 9:30 am before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **July 18, 2019**                      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

4                      Case No. 1:18-CV-00941-AWI-EPG

**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES**