|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| STEVE HUNT, | ) Case No. 1:18-CV-00941-AWI-EPG |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER THEREON** |
| | ) **FOR PHYSICAL EXAMINATION OF** |
| vs. | ) **PLAINTIFF STEVE HUNT** |
| C.R. ENGLAND, INC.; PAUL SUTCLIFFE; CONNIE MYRES; and DOES 1 TO 50 inclusive, | ) (ECF No. 24) |
| Defendants. | ) |

The parties hereto stipulate through their respective counsel and Plaintiff STEVE HUNT ("Plaintiff") will submit to a **PHYSICAL** examination to be conducted by Donald C. Pompan, M.D. on **August 21, 2019** at **1:00 p.m.** at **3106 Willow Avenue, Suite 104, Clovis, CA 93612**.

It is hereby stipulated as follows:

In partial exchange for Plaintiff's agreement to travel to Clovis, California, for the defense **PHYSICAL** examination, at Plaintiff's expense, all parties hereto agree to all of the following:

1. The purpose of the examination is to perform a **PHYSICAL** examination of Plaintiff, including, but not limited to, Plaintiff's face, neck, back and upper and lower extremities.

2. Dr. Pompan may be assisted by nurses, technicians and/or other qualified health care providers.

STIPULATION AND ORDER THEREON FOR PHYSICAL EXAMINATION OF PLAINTIFF

3. The examination with Dr. Pompan is set to commence at 1:00 p.m. The examination shall be limited to 4 hours, unless there is a need to cancel or a delay due to circumstances beyond the examiner's control.

4. All costs associated with the **PHYSICAL** examination shall be paid for by Defendants. If Plaintiff fails to appear for the examination or cancels the exam with less than five (5) business days' notice, Plaintiff will be responsible for payment of $700 to Dr. Pompan, unless such failure to appear is due to circumstances beyond Plaintiff's control.

5. Counsel agree to be reasonable with each other and to provide notice to each other if they become aware of any issues that may cause the examination to be delayed or not proceed as scheduled and to work cooperatively to reschedule the examination.

6. Plaintiff's attorney or a person affiliated with Plaintiff's attorney is allowed to be present at the examination and will audio record the examination. A copy of the audio recording will be provided to defense counsel within 15 days after receipt by Plaintiff's counsel of Dr. Pompan's report as specified below.

7. The examination will not be videotaped.

8. Dr. Pompan and/or his assistants' inquiries of Plaintiff may include a general inquiry regarding the nature of the accident and its impact on Plaintiff's physical condition, subject to limitations set forth in Paragraph 9 below. It may also include, but is not limited to, Plaintiff's medical history, alleged injuries, health care providers and treatment which Plaintiff contends arose from the subject accident, impact of the alleged injuries on Plaintiff, Plaintiff's employment history and any alleged injuries that he may have suffered on the job that include areas of his body that he contends suffered injuries in the subject accident.

9. Dr. Pompan and/or his assistants' inquiries will not include the time of the accident, speed and/or distance of the vehicles, Plaintiff's observation of the tractor prior to the accident or weather, lighting or road conditions at the time of the accident. There shall be no inquiries into the content or timing of any cell phone calls that Mr. Hunt participated in or may have participated in at any time on the day of the subject accident. Nor shall there be any inquiry as to the identity or content of any communications Mr. Hunt may have had with members of his

1 | family or friends before, on or after the subject accident. Further, there shall be no inquiries into the identity, services or opinions, if any, by any engineering, medical or other expert consultants, if any, who may have been retained by Plaintiff's counsel in preparation of this case.

10. No photographs or video of any part of Plaintiff's body shall be taken as part of the examination and no drawings, marks or tabs of any kind will be placed on Plaintiff's body at any time during the examination.

11. Plaintiff shall not be requested to remove clothing in the company of anyone of the opposite sex.

12. Within 30 days of said **PHYSICAL** examination by Dr. Pompan, Dr. Pompan shall prepare a written report. Defense counsel shall provide Plaintiff's counsel with a copy of said report prepared by Dr. Pompan within 30 days of said **PHYSICAL** examination. If defense counsel becomes aware of any issues that may cause a delay in the report being prepared or provided to Plaintiff's counsel, defense counsel shall promptly notify Plaintiff's counsel.

13. Neither this stipulation, negotiations for this stipulation, nor any limitations or the fact of any limitations imposed upon Dr. Pompan's **PHYSICAL** examination of Mr. Hunt shall be mentioned or commented upon by anyone at the trial of this matter, including, without limitation, any witnesses or counsel.

14. This Stipulation may be executed in counterparts and facsimile and scanned signatures will be deemed originals. Alternatively, signatures may be submitted pursuant to Local Rule 131(e).

Dated: August 14, 2019          ROBERT G. GILMORE
                                A Professional Law Corporation

                                By: */s/ Robert G. Gilmore*
                                    (as approved on August 14, 2019)
                                    ROBERT G. GILMORE
                                    Attorney for Plaintiff, STEVE HUNT

///

Dated: August 14, 2019          STUART R. CHANDLER
                                A Professional Law Corporation

| | |
|---|---|
| | By: */s/ Stuart R. Chandler*<br>   (as approved on August 14, 2019)<br>   STUART R. CHANDLER<br>   Attorney for Plaintiff, STEVE HUNT |
| Dated:   August 14, 2019 | DEMLER, ARMSTRONG & ROWLAND, LLP |
| | By: */s/ Shannon E. Mallory*<br>   (as approved on August 14, 2019)<br>   DEREK H. LIM<br>   SHANNON E. MALLORY<br>   Attorneys for Defendants,<br>   C.R. ENGLAND, INC. and PAUL SUTCLIFFE |

## **ORDER**

**IT IS HEREBY ORDERED** that Mr. Hunt submit to a **PHYSICAL** examination to be performed by Dr. Pompan on the date, time and location and upon the terms specified by the parties' Stipulation herein.

IT IS SO ORDERED.

Dated:   **August 14, 2019**                        /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE