# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE HUNT,<br><br>Plaintiff,<br><br>v.<br><br>C.R. ENGLAND, INC., *et al.*,<br><br>Defendants. | Case No. 1:18-cv-00941-AWI-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 34) |

Plaintiff, Steve Hunt, and Defendants C.R. England, Inc., and Paul Sutcliffe[1] have filed a stipulation to dismiss the entire action with prejudice (ECF No. 34). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **February 20, 2020**        /s/ Erica P. Grosjean
        UNITED STATES MAGISTRATE JUDGE

---

[1] The remaining defendant named in this action, Connie Myres, was previously dismissed. (*See* ECF Nos. 14, 15.)